## Joseph Krammer, Appellee, v. A. L. Meltzer and Krammer Fur Company, Appellants.

### Gen. No. 40,699.

Heard in second division, first district, this court at April term, 1939; opinion filed April 2, 1940; rehearing denied April 23, 1940. Harold A. Fein, for appellants; Edward S. Altersohn, of counsel; Bernstein, Zolla & Bernstein, for appellee; Arthur J. Bernstein, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."